324 So.2d 286

**In re E. C. DOTHARD, as Director of the Department of Public Safety**

v.

**Richard C. BELSER.**

**Ex parte STATE of Alabama, the DEPARTMENT OF PUBLIC SAFETY of the State of Alabama and E. C. Dothard, Director of Public Safety.**

**SC 1568.**

Supreme Court of Alabama.

Dec. 18, 1975.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for the State.

None for respondent.

PER CURIAM.

Petition of the State of Alabama, the Dept. of Public Safety of the State of Ala., and E. C. Dothard, Director of Public Safety, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Dothard, as Director of the Dept. of Public Safety v. Belser*, 56 Ala.App. 569, 324 So.2d 284.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER, ALMON and EMBRY, JJ., concur.

■

321 So.2d 719

**In re R. D. DULANEY**

v.

**STATE of Alabama.**

**Ex parte R. D. Dulaney.**

**SC 1498.**

Supreme Court of Alabama.

Nov. 13, 1975.

John Self and Al Tidwell, Hamilton, for petitioner.

None for respondent.

BLOODWORTH, Justice.

Petition of R. D. Dulaney for writ of certiorari to the Court of Criminal Appeals to review and revise judgment and decision of that court in *Dulaney v. State*, 56 Ala. App. 374, 321 So.2d 713 (1975), is denied.

By denying the writ, we point out that writs of certiorari are frequently denied without any consideration on the merits. *Haden v. Olan Mills, Inc.*, 273 Ala. 129, 135 So.2d 388 (1961). A denial of certiorari should never be considered on the merits of the controversy. See *Hamilton Brown Shoe Co. v. Wolf Brothers*, 240 U.S. 251, 36 S.Ct. 269, 60 L.Ed. 629 (1916). Furthermore, our denial of the writ should not be understood as approving or disapproving the language used, or the statements of law contained in the opinion of the Court of Criminal Appeals. See *Cooper v. State*, 287 Ala. 728, 252 So.2d 108 (1971).

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.